Report Date: August 7, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG -8 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Billy Eugene Harris | Case Number: 0980 2:07CR00035-LRS-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 14, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | January 13, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | January 12, 2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 14, 2016, Mr. Harris' conditions of supervision were explained to him and he was given a copy of his judgment and sentence. Mr. Harris stated he fully understood each condition. |
| | On July 18, 2017, the undersigned officer made contact with Mr. Harris at his residence, and was given permission to walk into Mr. Harris' bedroom. At that time, the undersigned officer smelled an odor of marijuana. Mr. Harris was questioned about the odor and he denied any marijuana use. |
| | The undersigned officer directed Mr. Harris to report to the U.S. Probation Office on July 18, 2017, to supply a urine sample. Mr. Harris reported as directed, and supplied a urine sample that tested presumptive positive for hydrocodone. The sample was sent to Alere Laboratory for confirmation. Mr. Harris reported that the hydrocodone was prescribed to him. The undersigned officer requested medical paperwork for verification. |

On August 3, 2017, Mr. Harris reported to the U.S. Probation Office and provided the undersigned officer a large amount of medical paperwork. The paperwork did not reflect when he was prescribed hydrocodone. Mr. Harris indicated he was prescribed the hydrocodone for a cut on his right hand in February 2017. Mr. Harris was informed that date was 6 months prior. Mr. Harris agreed he did not properly take this medication as it was prescribed to him.

2   **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence:** On January 14, 2016, Mr. Harris' conditions of supervision were explained to him and he was given a copy of his judgment and sentence. Mr. Harris stated he fully understood each condition.

On July 31, 2017, Mr. Harris was traveling with his wife to the Tri-Cities to see family. Mr. Harris reported his wife was initially driving the car, but she became ill and pulled over. Mr. Harris decided to drive the vehicle, even though he had a suspended license.

Mr. Harris was pulled over by Washington State Patrol for speeding, and was cited for third degree driving while license suspended (citation number 7Z0897713).

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/07/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/8/17
Date