PROB 12C
(6/16)

Report Date: December 4, 2017

## United States District Court

### for the

### Eastern District of Washington

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**DEC - 4 2017**

**SEAN F. McAVOY, CLERK**
           **DEPUTY**
**YAKIMA, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Billy Eugene Harris          Case Number: 0980 2:07CR00035-LRS-1

Address of Offender:               Spokane, Washington 99217

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 14, 2007

Original Offense:      Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(2)

Original Sentence:     Prison - 120 months          Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Stephanie A. Van Marter      Date Supervision Commenced: January 13, 2016

Defense Attorney:      Federal Defender's Office    Date Supervision Expires: January 12, 2021

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/07/2017.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

3 | **Mandatory Condition #2**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence:** On January 14, 2016, Mr. Harris' conditions of supervision were explained to him and he was given a copy of his judgment and sentence. Mr. Harris stated he fully understood each condition.

On October 10, 2017, an incident report from Spokane Police Department indicated that Mr. Harris had allegedly assaulted his brother. The report stated Mr. Harris and his brother were arguing and Mr. Harris punched his brother in the chest and back. This was confirmed to police by a third party witness.

On November 24, 2017, Mr. Harris contacted the undersigned officer to report he had received a summons for a court hearing, and that he has been charged with fourth degree assault. He needs to report to Spokane Municipal Court on December 13, 2017.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/04/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/4/17
Date