PROB 12C
(6/16)

Report Date: January 22, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 23 2018

SEAN F. MCAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Billy Eugene Harris | Case Number: 0980 2:07CR00035-LRS-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 14, 2007

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: January 13, 2016 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: January 12, 2021 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/07/2017 and 12/04/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Supporting Evidence:** On January 14, 2016, Mr. Harris' conditions of supervision were explained to him and he was given a copy of his judgement and sentence. Mr. Harris stated he understood each condition.

On January 9, 2018, Mr. Harris was in direct violation of condition number 7 by being in possession of drug paraphernalia. On January 9, 2018, the undersigned officer conducted a plain view inspection of Mr. Harris' residence. From a standing position the undersigned officer could see a safe that was under Mr. Harris' bed. This officer requested that Mr. Harris or his wife open the safe to allow this officer to verify there were no guns or drugs located in the safe.

Mr. Harris' wife reported she had medical paperwork in the safe. I requested she open the safe to verify this information. Mr. Harris' wife honored this request and took the safe out from under bed and opened it without a key or punch code. Mr. Harris grew increasingly angry and asked why we had to look inside the safe. The undersigned officer informed Mr. Harris that we needed to verify there were no guns or drugs in the safe.

Within the safe the undersigned officer found numerous drug paraphernalia and an ashy substance. Mr. Harris' wife disclosed she smokes marijuana in the house and the ashy substance was burnt marijuana. The paraphernalia and burnt marijuana was collected and was brought back to the office as evidence.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

1/23/18
Date